THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA BUTLER AND WESLEY BUTLER, on behalf of themselves and all other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEST MANAGEMENT SUB, LLC d/b/a HOLIDAY RETIREMENT,<br><br>Defendant. | No. 2:17-cv-00685-RAJ<br><br>DECLARATION OF CHELSEA DWYER PETERSEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT |

I, Chelsea Dwyer Petersen, declare as follows:

1. I am an attorney representing Harvest Management Sub, LLC d/b/a Holiday Retirement ("Holiday") in this case, and I make this declaration based on my knowledge and on the files and records in this case.

2. On Thursday, June 15, 2017, I spoke via telephone with plaintiffs' local Seattle counsel Jennifer Rust Murray. I called Ms. Murray to ensure she was aware the Defendant was considering filing a motion to dismiss and to indicate that counsel for defendant, Brett Bartlett, had engaged in an initial meet and confer discussion with Plaintiffs' counsel Gregg Shavitz. I informed Mr. Murray of the Defendant's position that Plaintiffs failed to disclose the claims in prior bankruptcy proceedings and that unless Plaintiffs voluntarily dismissed their lawsuit with

DECL. OF CHELSEA D. PETERSEN
(No. 2:17-cv-00685-RAJ) – 1

135934326.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  prejudice, Defendant would file its motion.  Ms. Murray indicated that Mr. Shavitz had made
2  her aware of the possible motion and that he and Mr. Bartlett were handling the meet and confer.
3  I offered that should Ms. Murray wish to participate as local counsel or if she had any questions
4  that she could contact me directly.

6      I declare under penalty of perjury under the laws of the United States and the State of
7  Washington that the foregoing is true and correct.
8      Signed at Seattle, Washington, this 15th day of June, 2017.

          s/ Chelsea Dwyer Petersen
          Chelsea Dwyer Petersen #33787

DECL. OF CHELSEA D. PETERSEN
(No. 2:17-cv-00685-RAJ) – 2

135934326.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

On June 15, 2017, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document(s):

**DECLARATION OF CHELSEA DWYER PETERSEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

| | |
|---|---|
| Alan L. Quiles | ☐ Via Hand Delivery |
| Gregg I. Shavitz | ☐ Via U.S. Mail, 1st Class, Postage Prepaid |
| Shavitz Law Group, P.A. | |
| 1515 South Federal Highway, Ste. 404 | ☐ Via Overnight Delivery |
| Boca Raton, FL 33432 | ☐ Via Facsimile |
| Telephone: (561) 447-8888 | ☑ Via E-filing |
| Facsimile: (561) 447-8831 | |
| Email: aquiles@shavitzlaw.com | |
| gshavitz@shavitzlaw.com | |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Adrienne McEntee | ☐ Via Hand Delivery |
| Jennifer Rust Murray | ☐ Via U.S. Mail, 1st Class, Postage Prepaid |
| Beth E. Terrell | |
| Terrell Marshall Law Group PLLC | ☐ Via Overnight Delivery |
| 936 N. 34th St., Ste. 300 | ☐ Via Facsimile |
| Seattle, WA 98103 | ☑ Via E-filing |
| Telephone: (206) 816-6603 | |
| Facsimile: (206) 350-3528 | |
| Email: amcentee@terrellmarshall.com | |
| jmurray@terrellmarshall.com | |
| bterrell@terrellmarshall.com | |

*Attorneys for Plaintiffs*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 15th day of June, 2017.

By: *s/ Chelsea Dwyer Petersen #33787*
Chelsea Dwyer Petersen

CERTIFICATE OF SERVICE (No. 2:17-cv-00685-RAJ) – 1

135934326.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000