THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA BUTLER AND WESLEY BUTLER, on behalf of themselves and all other similarly situated employees,<br><br>             Plaintiffs,<br><br>   v.<br><br>HARVEST MANAGEMENT SUB, LLC d/b/a HOLIDAY RETIREMENT,<br><br>             Defendant. | No. 2:17-cv-00685-RAJ<br><br>DECLARATION OF BRETT C. BARTLETT IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE OPT-IN PLAINTIFFS' CONSENT FORMS OR, IN THE ALTERNATIVE, DISMISS THEIR CLAIMS |

I, Brett C. Bartlett, declare as follows:

1. I am an attorney representing Harvest Management Sub, LLC d/b/a Holiday Retirement ("Holiday") in this case, and I make this declaration based on my knowledge and on the files and records in this case.

2. Prior to the filing of Defendant's Motion to Strike Opt-In Plaintiffs' Consent Forms Or, In The Alternative, Dismiss Their Claims, I discussed the substantive grounds for the motion with Mr. Gregg Shavitz, one of the attorneys representing Plaintiffs, and attempted to reach a resolution without the need for the motion.

3. On the afternoon of Friday, September 29, 2017, I participated in a telephonic conference with Mr. Shavitz to discuss Defendant's position that the Opt-In Plaintiffs had

DECL. OF BRETT C. BARTLETT IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE OPT-IN PLAINTIFFS' CONSENT FORMS OR, IN THE ALTERNATIVE, DISMISS THEIR CLAIMS (No. 2:17-cv-00685-RAJ) – 1

137548478.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  improperly joined this action, and thus should withdraw, given each had entered into a mutual
2  and binding agreement with Holiday to arbitrate all employment related disputes on an
3  individual basis. I explained that we had documents to corroborate that the Opt-In Plaintiffs
4  were subject to the mutual arbitration agreement, which includes a provision expressly waiving
5  any right to participate in collective proceedings. I informed Mr. Shavitz that, unless Plaintiffs
6  stipulated to the dismissal of the Opt-In Plaintiffs from this action, Defendant would file a
7  motion to strike the Opt-In Plaintiffs' consent forms, or alternatively, dismiss their claims with
8  prejudice. Mr. Shavitz indicated that he understood Defendant's position and that he would
9  contact me after conferring with his local counsel to present Plaintiffs' position.

10      4.    On the afternoon of Thursday, October 5, 2017, Mr. Shavitz emailed me to,
11  among other things, confirm Plaintiffs' refusal to stipulate to dismissal of the Opt-In Plaintiffs
12  and their intention to oppose Defendant's motion.

13      5.    On the afternoon of Monday, October 9, 2017, I emailed Mr. Shavitz and asked
14  that he 1) confirm Plaintiffs' understanding and acknowledgment that the Opt-In Plaintiffs are
15  bound by arbitration agreements containing collective action waivers and 2) state his grounds for
16  opposing Defendant's motion to strike, or in the alternative, dismiss the Opt-In Plaintiffs, in light
17  of the binding arbitration agreements.

18      6.    On the afternoon of Wednesday, October 11, 2017, Mr. Shavitz responded to
19  confirm that Plaintiffs would not concede the enforceability of the arbitration agreements
20  governing the Opt-In Plaintiffs' claims in light of certain undisclosed Ninth Circuit authority
21  finding collective action waivers unenforceable.

22      I declare under penalty of perjury under the laws of the United States and the State of
23  Georgia that the foregoing is true and correct.

24      Signed at Atlanta, Georgia, this 3rd day of November, 2017.

25                                  s/ Brett C. Bartlett
                                    Brett C. Bartlett
26

DECL. OF BRETT C. BARTLETT IN SUPPORT OF DEFENDANT'S
MOTION TO STRIKE OPT-IN PLAINTIFFS' CONSENT FORMS
OR, IN THE ALTERNATIVE, DISMISS THEIR CLAIMS (No. 2:17-
cv-00685-RAJ) – 2

137548478.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

On November 6, 2017, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document(s):

**DECLARATION OF BRETT C. BARTLETT IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE OPT-IN PLAINTIFFS' CONSENT FORMS OR, IN THE ALTERNATIVE, DISMISS THEIR CLAIMS**

| | |
|---|---|
| Alan L. Quiles | ☐ Via Hand Delivery |
| Gregg I. Shavitz | ☐ Via U.S. Mail, 1st Class, Postage Prepaid |
| Shavitz Law Group, P.A. | |
| 1515 South Federal Highway, Ste. 404 | ☐ Via Overnight Delivery |
| Boca Raton, FL 33432 | ☐ Via Facsimile |
| Telephone: (561) 447-8888 | ☒ Via E-filing |
| Facsimile: (561) 447-8831 | |
| Email: aquiles@shavitzlaw.com | |
| gshavitz@shavitzlaw.com | |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Adrienne McEntee | ☐ Via Hand Delivery |
| Jennifer Rust Murray | ☐ Via U.S. Mail, 1st Class, Postage Prepaid |
| Beth E. Terrell | |
| Terrell Marshall Law Group PLLC | ☐ Via Overnight Delivery |
| 936 N. 34th St., Ste. 300 | ☐ Via Facsimile |
| Seattle, WA 98103 | ☒ Via E-filing |
| Telephone: (206) 816-6603 | |
| Facsimile: (206) 350-3528 | |
| Email: amcentee@terrellmarshall.com | |
| jmurray@terrellmarshall.com | |
| bterrell@terrellmarshall.com | |

*Attorneys for Plaintiffs*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 6th day of November, 2017.

By: *s/ Chelsea Dwyer Petersen #33787*
Chelsea Dwyer Petersen

DECL. OF BRETT C. BARTLETT IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE OPT-IN PLAINTIFFS' CONSENT FORMS OR, IN THE ALTERNATIVE, DISMISS THEIR CLAIMS (No. 2:17-cv-00685-RAJ) – 3

137548478.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000